# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**RICHARDINE NESMITH,**
*Plaintiff*

V.

**SUMMONS IN A CIVIL CASE**

**IENERGIZER HOLDINGS, LLC, ET AL.,**
*Defendant*

CASE NUMBER: **2:18−CV−16534−JMV−JBC**

TO: *(Name and address of Defendant):*

iEnergizer Holdings, LLC
11009 Metric Boulevard, Building J, Suite 150
Austin, Texas 75252

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Amy L. Bennecoff Ginsburg, Esquire
KIMMEL & SILVERMAN, P.C.
30 East Butler Pike
Ambler, PA 19002
(215)540-8888

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

s/ WILLIAM T. WALSH
CLERK



ISSUED ON 2018−12−04 17:08:18, Clerk
USDC NJD

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __iENERGIZER, INC.__
was received by me on *(date)* __1-2-19__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __DUSTIN R.__, who is
designated by law to accept service of process on behalf of *(name of organization)* __iENERGIZER, INC.__
__11009 METRIC BLVD, BLD J, STE 150, AUSTIN, TX 75252__ on *(date)* __1-2-19__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __1-2-19__

*Server's signature*

__NATHAN DOWD, TXCPS PSC-5323, EXP 6-30-20__
*Printed name and title*

__7500 BROOKHOLLOW DR, AUSTIN, TX 78752__
*Server's address*

Additional information regarding attempted service, etc: