IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RICHARDINE NESMITH, § § Plaintiff, § § v. § § IENERGIZER HOLDINGS, LLC et al, § § Defendant. § § § § | Civil Action No. 2:18-cv-16534-JMV-JBC |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the Plaintiff and Defendant GC Services, L.P. have reached settlement in the above-captioned case. The parties anticipate filing a stipulation of dismissal of this action with respect to GC Services with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days. Plaintiff's claim against Defendants First Contact, LLC d/b/a iQor, Alorica, Inc. f/k/a EGS Financial Care, Inc. and iEnergizer Holdings, LLC have not been settled at this time.

RESPECTFULLY SUBMITTED,

DATED: March 27, 2019

By: /s/ Amy L. Bennecoff Ginsburg
Amy L. Bennecoff Ginsburg, Esq.
Kimmel & Silverman, P.C.
30 E. Butler Avenue
Ambler, PA 19002
Tel: 215-540-8888
Fax: 215-540-8817
aginsburg@creditlaw.com

Attorney for the Plaintiff

## **CERTIFICATE OF SERVICE**

I, Amy L. Bennecoff Ginsburg, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via CM/ECF system:

ELLEN BETH SILVERMAN, ESQ.
HINSHAW & CULBERTSON LLP
800 THIRD AVENUE
13TH FLOOR
NEW YORK, NY 10022
Phone: 212-471-6229
Fax: 212-935-1166
Email: esilverman@hinshawlaw.com

MATTHEW BLAKE CORWIN, ESQ.
HINSHAW & CULBERTSON LLP
800 THIRD AVENUE
13TH FLOOR
NEW YORK, NY 10022
PHONE: 212-471-6200
Email: mcorwin@hinshawlaw.com
Attorneys for Defendant iEnergizer, Inc.

JONATHAN ROTENBERG, ESQ.
KATTEN MUCHIN ROSENMAN LLP
575 MADISON AVENUE
NEW YORK, NY 10022
Phone: 212-940-6405
Email: jonathan.rotenberg@kattenlaw.com
Attorney for Defendant First Contact, LLC

FREDERICK E. BLAKELOCK, ESQ.
Reilly, Janiczek, McDevitt, Henrich & Cholden, PC
2500 McClellan Blvd., Suite 240
Merchantville, NJ 08109
Phone: 856-317-7180
Fax: 856-317-7188
Email: fblakelock@rmh-law.com
Attorney for Defendant GC Services, L.P.

CINDY D. SALVO, ESQ.
THE SALVO LAW FIRM
185 Fairfield Avenue
Suite 3C/3D
West Caldwell, NJ 07006
Phone: 973-226-2220
Fax: 973-900-8800
Email: csalvo@salvolawfirm.com

THOMAS J. SLATTERY, ESQ.
THE SALVO LAW FIRM PC
185 FAIRFIELD AVENUE
SUITE 3C/3D
WEST CALDWELL, NJ 07006
973-226-2220
Email: tslattery@salvolawfirm.com
Attorneys for Defendant Alorica, Inc.

Dated: March 27, 2019              By: /s/ Amy L. Bennecoff Ginsburg
                                   Amy L. Bennecoff Ginsburg, Esq.
                                   Kimmel & Silverman, P.C.
                                   30 E. Butler Avenue
                                   Ambler, PA 19002
                                   Tel: 215-540-8888
                                   Fax: 215-540-8817
                                   aginsburg@creditlaw.com