IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RICHARDINE NESMITH, § § §  Plaintiff, § § v. § § IENERGIZER HOLDINGS, LLC et al, § §  Defendant. § § § | Civil Action No. 2:18-cv-16534-JMV-JBC |

NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the Plaintiff and Defendant GC Services, L.P. have reached settlement in the above-captioned case. The parties anticipate filing a stipulation of dismissal of this action with respect to GC Services with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days. Plaintiff's claim against Defendants First Contact, LLC d/b/a iQor, Alorica, Inc. f/k/a EGS Financial Care, Inc. and iEnergizer Holdings, LLC have not been settled at this time.

RESPECTFULLY SUBMITTED,

DATED: March 27, 2019

By: /s/ Amy L. Bennecoff Ginsburg
Amy L. Bennecoff Ginsburg, Esq.
Kimmel & Silverman, P.C.
30 E. Butler Avenue
Ambler, PA 19002
Tel: 215-540-8888
Fax: 215-540-8817
aginsburg@creditlaw.com

Attorney for the Plaintiff

SO ORDERED.

s/ John Michael Vazquez
John Michael Vazquez, U.S.D.J.

Date: 4/2/19