UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **RICHARDINE NESMITH,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No.: 2:18-cv-16534-JMV-JBC |
| | ) |
| **IENERGIZER HOLDINGS, LLC et al,** | ) |
| **Defendant.** | ) |
| | ) |

STIPULATION TO DISMISS

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Richardine Nesmith ("Plaintiff") and Defendant iEnergizer Holdings, LLC ("Defendant") hereby stipulate that any and all claims Plaintiff asserted Defendant in this action shall be dismissed in their entirety with prejudice.  Each party shall bear their own attorneys' fees and costs incurred in this action as they relate to Plaintiff's claims against Defendant.  Plaintiff's claims against Defendants First Contact, LLC d/b/a iQor and Alorica, Inc. f/k/a EGS Financial Care, Inc. shall not be affected by this stipulation.

*/s/ Matthew B. Corwin*                          */s/ Amy L. Bennecoff Ginsburg*
MATTHEW B. CORWIN                           Amy Lynn Bennecoff Ginsburg
HINSHAW & CULBERTSON LLP            Kimmel & Silverman, P.C.
800 THIRD AVENUE                                30 E. Butler Pike
13TH FLOOR                                           Ambler, PA 19002
NEW YORK, NY 10022                            Phone: 215-540-8888
Phone:  212-471-6220                              Fax: 215-540-8888
Fax: 212-935-1166                                   Email: teamkimmel@creditlaw.com
Email:  mcorwin@hinshawlaw.com         *Attorney for Plaintiff*
*Attorneys for Defendant iEnergizer, Inc.*
*(incorrectly identified in the caption as*
*iEnergizer Holdings, LLC)*                     Date: April 15, 2019

Date: April 15, 2019

## Certificate of Service

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 15th day of April, 2019:

ELLEN B. SILVERMAN
MATTHEW B. CORWIN
HINSHAW & CULBERTSON LLP
800 THIRD AVENUE
13TH FLOOR
NEW YORK, NY 10022
Attorneys for Defendant iEnergizer, Inc. (incorrectly identified in the caption as iEnergizer Holdings, LLC)

JONATHAN ROTENBERG, ESQ.
KATTEN MUCHIN ROSENMAN LLP
575 MADISON AVENUE
NEW YORK, NY 10022
Phone: 212-940-6405
Email: jonathan.rotenberg@kattenlaw.com
Attorney for Defendant First Contact, LLC

CINDY D. SALVO, ESQ.
THE SALVO LAW FIRM
185 Fairfield Avenue
Suite 3C/3D
West Caldwell, NJ 07006
Phone: 973-226-2220
Fax: 973-900-8800
Email: csalvo@salvolawfirm.com

THOMAS J. SLATTERY, ESQ.
THE SALVO LAW FIRM PC
185 FAIRFIELD AVENUE
SUITE 3C/3D
WEST CALDWELL, NJ 07006
973-226-2220
Email: tslattery@salvolawfirm.com
Attorneys for Defendant Alorica, Inc.

                */s/ Amy L. Bennecoff Ginsburg*
                Amy Lynn Bennecoff Ginsburg, Esq.
                Kimmel & Silverman, P.C.
                30 E. Butler Pike
                Ambler, PA 19002
                Phone: 215-540-8888
                Fax: 215-540-8888
                Email: teamkimmel@creditlaw.com
                Attorney for the Plaintiff

SO ORDERED.

s/ John Michael Vazquez
John Michael Vazquez, U.S.D.J.

Date: 4/18/19