**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

```
-----------------------------------------------------X
RICHARDINE NESMITH,                             :
                                                :
               Plaintiff,                       :     Civil Action No.: 2:18-cv-16534 (JMV) (JBC)
    -v-                                         :
                                                :
IENERGIZER HOLDINGS, LLC; FIRST                 :
CONTACT, LLC a/k/a IQOR; GC                     :     **ORDER**
SERVICES, LP; and ALORICA, INC. f/k/a           :
EGS FINANCIAL CARE, INC.,                       :
                                                :
               Defendants.                      :
-----------------------------------------------------X
```

This matter having been opened to the Court on the consent motion of Defendant Alorica f/k/a EGS Financial Care ("Alorica") for an order staying this matter pending resolution of the arbitration between Plaintiff and non-party Credit One Bank, and the Court having considered the Defendant's Memorandum of Law in support of the motion, and upon all pleadings and prior proceedings had herein, and for good cause shown,

**IT IS**, as of this ___ day of _____, 2019, hereby

**ORDERED** that

1.     The motion to stay this matter as to Defendant Alorica pending the resolution of the arbitration between Plaintiff and non-party Credit One Bank is hereby GRANTED.

2.     A copy of this Order shall be served upon all counsel of record within _____ days of the date received.

_____
HON. JOHN MICHAEL VAZQUEZ, U.S.D.J.