IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RICHARDINE NESMITH,<br><br>Plaintiff,<br><br>v.<br><br>iENERGIZER HOLDINGS, LLC; FIRST CONTACT, LLC a/k/a iQOR; GC SERVICES L.P.; and ALORICA, INC. f/k/a EGS FINANCIAL CARE, INC.<br><br>Defendants. | Case No. 2:18-CV-16534-JMV-JBC |

### DEFENDANT FIRST CONTACT LLC'S NOTICE OF JOINDER IN DEFENDANT ALORICA'S CONSENT MOTION TO STAY CASE PENDING ARBITRATION WITH NON-PARTY, CREDIT ONE BANK

**PLEASE TAKE NOTICE THAT** defendant First Contact LLC will and hereby does join in defendant Alorica's Motion to Stay Case Pending Plaintiff's Arbitration with Credit One Bank, which was filed on September 24, 2019, and set for hearing on October 21, 2019.

The same principles regarding judicial economy and the possibility of inconsistent results set forth in Alorica's motion apply equally to First Contact because Plaintiff's concurrent arbitration with Credit One Bank may also entirely resolve the pending claims against First Contact. Accordingly, First Contact joins in Alorica's motion and, should the Court elect to stay the case, the case should be stayed in its entirety as to both Alorica and First Contact.

                                                Attorneys for defendant First Contact LLC

DATED: October 9, 2019                  **KATTEN MUCHIN ROSENMAN LLP**
                                                s/ Jonathan Rotenberg
                                                Jonathan Rotenberg
                                                Paul A. Grammatico (*pro hac vice*)
                                                515 S. Flower St., Suite 1000
                                                Los Angeles, CA  90071-2212
                                                Telephone:  213.443.9000
                                                Fax: 213.443.9001
                                                Email: jonathan.rotenberg@kattenlaw.com
                                                          paul.grmmatico@kattenlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RICHARDINE NESMITH, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:18- CV-16534-JMV-JBC |
| iENERGIZER HOLDINGS, LLC; FIRST CONTACT, LLC a/k/a iQOR; GC SERVICES L.P.; and ALORICA, INC. f/k/a EGS FINANCIAL CARE, INC. | ) |
| Defendants. | ) |

### CERTIFICATE OF SERVICE

I, Jonathan Rotenberg, an attorney admitted to practice in the State of New Jersey and associated with the law firm Katten Muchin Rosenman LLP, hereby certify under penalty of perjury that on October 10, 2019, I caused service of **Defendant First Contact LLC's Notice of Joinder In Defendant Alorica's Consent Motion To Stay Case Pending Arbitration With Non-Party, Credit One Bank**, by electronic filing with the Clerk of Court using the CM/ECF System, which will send a Notice of Electronic Filing to all parties with an e-mail address of record who have appeared and consented to electronic service in this action.

Executed on: October 10, 2019
New York, New York

/s/ Jonathan Rotenberg
Jonathan Rotenberg