**Not for Publication**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| RICHARDINE NESMITH, *Plaintiff*, v. iENERGIZER HOLDINGS, LLC, et al., *Defendants*. | Civil Action No. 18-16534 (JMV)(JBC) **ORDER** |

**John Michael Vazquez, U.S.D.J.**

Currently pending before the Court is Defendant Alorica, Inc.'s motion to stay this matter pending the resolution of arbitration between Plaintiff Richardine Nesmith and non-party Credit One Bank. D.E. 37. Plaintiff consented to Alorica's motion to stay, D.E. 37, in which Defendant First Contact, LLC subsequently joined. D.E. 39. As a result, and for good cause shown,

**IT IS** on this 25th day of October, 2019,

**ORDERED** that this matter shall be **STAYED** pending Plaintiff's arbitration with Credit One Bank; and it is further

**ORDERED** that the Clerk of the Court shall administratively terminate this matter pending entry of an order from this Court lifting the stay; and it is further

**ORDERED** that within fourteen (14) days of the resolution of the arbitration, the parties shall report to the Court, by way of submission on the docket, as to how they wish to proceed in this case; and it is further

2

**ORDERED** that in the event any party wishes to have the stay of this matter lifted, that party shall submit a letter on the docket seeking to reinstate this matter.

                                                                                                    _____
                                                                                                    JOHN MICHAEL VAZQUEZ, U.S.D.J.