UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RICHARDINE NESMITH, ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> IENERGIZER HOLDINGS, LLC et al, ) <br> ) <br> Defendant ) <br> ) <br> ) | **Case No.: 2:18-cv-16534-JMV-JBC** |

STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without cost to either party.

| | |
|---|---|
| */s/* Jonathan Rotenberg | */s/* Amy L. Bennecoff Ginsburg |
| Jonathan Rotenberg, Esq. | Amy L. Bennecoff Ginsburg, Esq. |
| Katten Muchin Rosenman LLP | Kimmel & Silverman, P.C. |
| 515 S. Flower St., Suite 1000 | 30 East Butler Pike |
| Los Angeles, CA 90071-2212 | Ambler, PA 19002 |
| Phone: (213) 443-9000 | Phone: 215-540-8888 |
| jonathan.rotenberg@kattenlaw.com | Fax: 877-788-2864 |
| Attorney for the Defendant | Email: teamkimmel@creditlaw.com |
| | Attorney for Plaintiff |
| Date: October 12, 2020 | Date: October 12, 2020 |

BY THE COURT:

_____
J.

## CERTIFICATE OF SERVICE

I, Amy L. Bennecoff Ginsburg, Esquire, do certify that I served a true and correct copy of the Stipulation of Dismissal in the above-captioned matter, upon the following via CM/ECF system:

Jonathan Rotenberg
Katten Muchin Rosenman LLP
515 S. Flower St., Suite 1000
Los Angeles, CA 90071-2212
(213) 443-9000
jonathan.rotenberg@kattenlaw.com
Attorney for Defendant

Dated: October 9, 2020         By: /s/ Amy L. Bennecoff Ginsburg
                                Amy L. Bennecoff Ginsburg, Esq.
                                Kimmel & Silverman, P.C.
                                30 E. Butler Avenue
                                Ambler, PA 19002
                                Tel: 215-540-8888
                                Fax: 215-540-8817
                                Email: teamkimmel@creditlaw.com
                                Attorney for Plaintiff